# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL D. ARRINGTON,

        Plaintiff,

Vs.

        Civil Action No. 20-CV-11213-LTS
        JURY TRIAL DEMAND

CITY OF BOSTON And Commissioner
of the Boston Police Department
WILLIAM GROSS, CITY OF BOSTON
Police Department Cell Site Simulator
Operator JOHN DOES, HORACE COLEMAN,

        Defendants,

## PLAINTIFF'S AMENDMENT TO APPLICATION FOR ENTRY OF DEFAULT AS TO COMMISSIONER OF BOSTON POLICE DEPARTMENT WILLIAM GROSS TO CORRECT OMISSION AND MISTAKE

PRO SE, MICHAEL D. ARRINGTON, pursuant to Fed. R. Civ. P. 15(B), hereby amend his Application for Entry of Default as to Defendant, COMMISSIONER OF BOSTON POLICE DEPARTMENT, WILLIAM GROSS, To Correct Omission and Mistake as follows: (closing paragraph after Certificate of Service should read):

    I, MICHAEL D. ARRINGTON, hereby certify that on September 28, 2020, I made a good faith effort to contact and meet and confer with counsel for Defendant, COMMISSIONER OF BOSTON POLICE DEPARTMENT,

WILLIAM GROSS, to resolve or narrow the issues presented in this application.

Attached is Exhibit A reflecting the correction made to Plaintiff's Application for Entry of Default as to Defendant, COMMISSIONER OF BOSTON POLICE DEPARTMENT, WILLIAM GROSS. Plaintiff request that this document replace the Application filed on October 5, 2020. (D.E.12).

Respectfully submitted,

Pro se, Michael D. Arrington
204 Pride Way
Bedford, Massachusetts 01730
(781) 652-1479
michaelarrington31@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the foregoing was furnished by United States Postal Service First Class Mail on October 12, 2020 to the following:

John Fahey, Esq.
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, Massachusetts 02201

*/s/ signature*

Pro se Michael D. Arrington
204 Pride Way
Bedford, Massachusetts 01730
(781) 652-1479
michaelarrington31@yahoo.com